

**LAW OFFICES OF JIMMY M. SANTOS, PLLC**
*Civil Rights, Labor & Employment, & Civil Litigation*

Jimmy M. Santos, Esq.
Phone (845) 537-7820
Email: jmssesq@gmail.com
www.nycivilrightslaw.com

28 Wilson Place
Cornwall, New York 12518
Fax: (845) 595-2266

April 18, 2024



**VIA FAX AT (914) 390-4179**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/23/2024
```

Hon Nelson S. Roman
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re: *Seth Feliciano v. Verigent, Inc. et al*
        Civil Action No. 23-CV-06692 (NSR)

Dear District Judge Roman:

  My firm represents Plaintiff Seth Feliciano in the above-referenced action. Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice, on behalf of Plaintiff, and with the consent of defense counsel for all the parties, the undersigned requests that Your Honor extend the deadline by 45 days until June 1, 2024 to have the parties consummate the settlement reached in this matter and to file a stipulation of discontinuance.

  The undersigned requests the same because: it took much longer than expected to finalize the settlement documents; the settlement documents require twenty-one day waiting periods (subject to revocation); and are still in the process of being executed by the parties.

  Your Honor's Order dated February 28, 2024 required that the settlement be consummated and the stipulation of discontinuance be filed by April 28th. This is first request that the deadline be extended by any party, and, as set forth above, all parties assent to this request.

  Please do not hesitate to contact me if the Court has any questions.

  Thank you for Your Honor's attention to this matter.

**The Court GRANTS the consented-to extension request. The parties are now directed to consummate a settlement and file a stipulation of discontinuance by June 1, 2024. The Clerk of Court is kindly directed to terminate the motion at ECF No. 33.**

Respectfully Submitted.

*/S/ Jimmy M. Santos*
Jimmy M. Santos, Esq. (JS-0947)
Counsel for Plaintiff

**Dated: April 23, 2024
White Plains, NY**

SO ORDERED:
NELSON S. ROMÁN
United States District Judge

1

cc: Meredith Cavallaro, Esq., Counsel for defendants Sanabria and StarCom
(via email at mc@pwlawyers.com)

Angela Wanslow, Esq., Counsel for defendants Sanabria and StarCom
(via email at amw@pwlawyers.com)

Michael Hanan, Esq. Counsel for Verigent, LLC
(via email at mhanan@grsm.com)